**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **BETTY BRUNELL**<br><br>Plaintiff,<br><br>v.<br><br>**3M COMPANY and ARIZANT HEALTHCARE, INC., *et al.*,**<br><br>Defendants. | **No. 0:25-cv-01392**<br><br>**District Judge Joan N. Ericksen**<br><br>**Magistrate Judge David T. Schultz** |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

NOW INTO COURT, comes Plaintiff Betty Brunell, through undersigned counsel, who respectfully seeks leave to amend her complaint. For the reasons that follow, and pursuant to Federal Rule of Civil Procedure 15, Plaintiff should be granted leave to amend her complaint.

Defendants filed a Rule 12(c) motion for judgment on the pleadings (MDL ECF No. 3697) arguing that based on the allegations in the Master Long Form Complaint and Plaintiff's Short Form Complaint, her claims were time-barred under the applicable Tennessee statutes of limitations and that she failed to plead facts sufficient to establish fraudulent concealment tolling. Plaintiff has not yet been selected for workup in the remand Group process. Cases within the Group remand process have been given the ability to amend their complaints pursuant to the Court's Scheduling Orders. Plaintiff seeks leave to amend her complaint to conform her claims to the applicable state law and add additional

allegations supporting the application of Tennessee's discovery rule and fraudulent concealment tolling. As with the remand cases, Plaintiff should be given the opportunity to amend her complaint. The Court has also granted Plaintiffs' leadership leave to seek amendment of the Master Long Form and Short Form Complaints. MDL ECF No. 3524. Moreover, Defendants filed their motion without first obtaining leave of Court, as PTO 8 requires for motion practice on individual complaints. Based on the facts laid out in accompanying memorandum, the Court should allow Plaintiff leave to amend her complaint.

WHEREFORE, Plaintiff prays that the attached proposed Amended Complaint labeled as Exhibit 1 be entered into the Court's docket. A redline version of this amended complaint is also attached hereto as Exhibit 2 for the Court's review.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Clifford Walston*
Clifford Walston (TX Bar No. 24037666)

**Walston, PC**
4411 San Felipe Street
Suite 600
Houston, TX 77027
cliff@walstonlegal.com
(713) 300-9600
***Attorney for Plaintiff Betty Brunell***

**CERTIFICATE OF SERVICE**

I, Clifford Walston, hereby certify that on October 5, 2026, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification to all counsel of record.

*/s/ Clifford Walston*
Clifford Walston