**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

**ORDER**

This Order Relates to:

25-cv-1392 (*Brunell*)

---

Plaintiff moves this Court for Leave to File an Amended Short Form Complaint. Dkt. No. 14. Leave is GRANTED; Plaintiff is directed to file the Amended Short Form Complaint on or before December 21, 2026.

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Leave to File an Amended Short Form Complaint [25-cv-1392 Dkt. No. 14] is **GRANTED**.

Dated: November 19, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge